UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-CV-62325

GRIFFIN LEE,
individually and on behalf of all
others similar situated,

    Plaintiff,

vs.

F.H. CANN & ASSOCIATES, INC.

    Defendant.
_____/



## ORDER OF DISMISSAL

This cause is before the Court on Plaintiffs' Notice of Voluntary Dismissal [D.E. 5], filed November 14, 2018. The Court has reviewed the notice and is otherwise duly advised. Accordingly, it is hereby

ORDERED that this action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. All pending motions are denied as moot, and the case is closed.

DONE AND ORDERED in Chambers, Miami, Florida, on November 14, 2018.

Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record